```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 08 B 12972
   MARY DEAN
   LARRY DEAN                                      CHAPTER 13

                                                   JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5003      SSN XXX-XX-4813

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/21/2008 and was not confirmed.

      The case was dismissed without confirmation 07/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
LASALLE BANK               CURRENT MORTG        .00         .00           .00
LASALLE BANK               MORTGAGE ARRE   50000.00         .00           .00
CINGULAR WIRELESS CHICAG   UNSECURED       NOT FILED        .00           .00
GOTTLIEB MEMORIAL HOSPIT   UNSECURED       NOT FILED        .00           .00
COMMONWEALTH EDISON        UNSECURED        2339.73         .00           .00
COMCAST                    UNSECURED       NOT FILED        .00           .00
COMCAST                    UNSECURED       NOT FILED        .00           .00
JOSEPH M BURBICK DDS LTD   UNSECURED       NOT FILED        .00           .00
CINGULAR WIRELESS          UNSECURED       NOT FILED        .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED        .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        1552.26         .00           .00
WESTLAKE HOSPITAL          UNSECURED       NOT FILED        .00           .00
NORTHERN ILLINOIS ER PHY   UNSECURED       NOT FILED        .00           .00
MIMIT                      UNSECURED       NOT FILED        .00           .00
ASPIRE                     UNSECURED       NOT FILED        .00           .00
SBC                        UNSECURED       NOT FILED        .00           .00
NICOR GAS                  UNSECURED       NOT FILED        .00           .00
ELMHURST RADIOLOGISTS      UNSECURED       NOT FILED        .00           .00
ELHURST CLINIC             UNSECURED       NOT FILED        .00           .00
ROUNDUP FUNDING LLC        UNSECURED         703.73         .00           .00
NORTHERN ILLINOIS ER PHY   UNSECURED       NOT FILED        .00           .00
HSBC AUTO FINANCE          NOTICE ONLY     NOT FILED        .00           .00
HSBC AUTO FINANCE          SECURED NOT I   23327.55         .00           .00
BENNIE W FERNANDEZ         DEBTOR ATTY         .00                        .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                             .00
SECURED                                              .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12972 MARY DEAN & LARRY DEAN
```

```
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                       ---------------    ---------------
TOTALS                                             .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 10/29/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE



                         PAGE   2
         CASE NO. 08 B 12972 MARY DEAN & LARRY DEAN